No. 03–6735. McCORKLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6739. ESTRADA-ESTRADA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6741. EXSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6746. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6749. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6753. McCULLOUGH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6754. ZAMBRELLA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6755. HETTLER v. STOEBNER. C. A. 8th Cir. Certiorari denied.

No. 03–6757. GASANOVA ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6763. CASEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6764. DEBERRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6766. CRUZ-DOMINGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6767. AMAYA-CARAVEO v. UNITED STATES; OROZCO-HERNANDEZ, AKA OROZCO, AKA HERNANDEZ, AKA SANCHEZ v. UNITED STATES; JAIMES-ARZATE, AKA ARZATE JAIMES, AKA JAIMES, AKA JAMES, AKA HERNANDEZ v. UNITED STATES; GODINES-MELENDEZ v. UNITED STATES; and HUERTA-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 73 Fed. Appx. 82 (first, second, and fourth judgments) and 83 (third and fifth judgments).

No. 03–6775. PONCE-PONCE, AKA AGUILAR-DOMINGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.